[No. 50266-2-I.   Division One.   February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR W. ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05956-1, Michael Hayden, J., entered June 10, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50585-8-I.   Division One.   February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK D. POQUETTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10088-9, Jay V. White, J., entered May 24, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 50618-8-I; 50619-6-I.   Division One.   February 10, 2003.]

*In the Matter of the Dependency of* E.C., ET AL. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. BRIAN CAMERON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-7-05160-0, Helen Halpert, J., entered June 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50785-1-I.   Division One.   February 10, 2003.]

GENERAL MOTORS ACCEPTANCE CORPORATION, *Respondent*, v. ROCKY JOE GIBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-08855-4, Charles S. French, J., entered May 31, 2002. *Affirmed* by unpublished per curiam opinion.